134 A.3d 51

**Carmon ELLIOTT, Appellant**

v.

**Ted CRUZ, Appellee.**

Supreme Court of Pennsylvania.

March 31, 2016.

Kathleen Marie Kotula, Esq., PA Department of State, for Kathleen Kotula.

Einer Elhauge, Pro Se.

Mary Brigid McManamon, Pro Se.

Victor Williams, Pro Se.

Roger J. Bernstein, Esq., J. David Farrell, Esq., for Carmon Elliott.

Robert N. Feltoon, Esq., for Ted Cruz.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of March, 2016, the Order of the Commonwealth Court is hereby **AFFIRMED.** Victor Williams's *pro se* Notice to Intervene as Appellant is **DENIED.** Appellant's Application for Oral Argument is **DENIED.**